# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD GARCIA, MARISOL GARCIA, JOSE GARCIA, JUAN C. GARCIA, JR., RIOS GILBERT, and WILLIAM DELACERDA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00893-MCS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed on behalf of Edward Garcia, Marisol Garcia, Jose Garcia, Juan C. Garcia, Jr., Rios Gilbert, and William Delacerda (collectively, "Plaintiffs"); the Motion for Summary Judgment (Dkt. 41, "Motion") filed by the City of Glendale ("Defendant"); the order by the assigned magistrate judge directing the filing of supplemental briefing (Dkt. 43); the Supplemental Brief filed by Defendant (Dkt. 46); and the Report and Recommendation of the magistrate judge (Dkt. 50, "Report"). No party filed timely written objections to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

(1) The claim under 42 U.S.C. § 1983 asserted in the Complaint against Defendant is DISMISSED with prejudice;

(2) All other claims asserted in the Complaint are DISMISSED without prejudice to Plaintiffs' ability to assert those claims in state court; and

(3) Judgment shall be entered accordingly.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
MARK C. SCARSI
United States District Judge