JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD GARCIA, MARISOL GARCIA, JOSE GARCIA, JUAN C. GARCIA, JR., RIOS GILBERT, and WILLIAM DELACERDA,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00893-MCS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that:

(1) The claim under 42 U.S.C. § 1983 asserted in the Complaint against the City of Glendale is DISMISSED with prejudice; and

/ / /

/ / /

(2) All other claims asserted in the Complaint are DISMISSED without prejudice to Plaintiffs' ability to assert those claims in state court.

Dated: May 24, 2022

*Mark C. Scarsi*
MARK C. SCARSI
United States District Judge